**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA,**

**v.**

**00-CR-9S-2**

**MICHAEL GEIGER,**

**Defendant.**

---

**SENTENCING LETTERS**

# JOSEPH M. LATONA

### Attorney at Law

403 MAIN STREET, 716 BRISBANE BUILDING
BUFFALO, NEW YORK 14203
TEL: (716) 842-0416 • FAX: (716) 853-2892

June 20, 2006

HAND DELIVERY

**RECEIVED**
WILLIAM M. SKRETNY

JUN 2 0 2006

**United States District Court**
**Western District of New York**

Honorable William M. Skretny
United States District Court
Western District of New York
68 Court Street - 5th Floor
Buffalo, NY 14202

Re:     United States v. Michael Geiger
          Case No. 00-CR-009S

Dear Judge Skretny:

I am writing on behalf of my client, Michael Geiger.

Enclosed please find letters from Mrs. Patricia Geiger, Michael's mother, and Lisa Geiger, Michael's wife.

I also wish to update the Court concerning a matter that was mentioned in the Probation Department report. At paragraph 70, the probation officer recited his information that Multi-Plays of America, a company of which Mr. Geiger was one-half owner, was under investigation by the United States Attorney's Office and the New York State Attorney General's Office.

Those investigations have been resolved pursuant to stipulations and settlement documents between the New York State Attorney General's Office and Michael J. Geiger, Michael D. Marranca and Noelle M. Alessandra. Mr. Geiger, Mr. Marranca and Ms. Alessandra did not admit to any wrongdoing in connection with their settlement agreement with the New York State Attorney General's Office.

In light of the settlement arrangement between Mr. Geiger, Mr. Marranca and Ms. Alessandra, the United States Attorney's Office for the Western District of New York declined any criminal and/or civil proceedings against those individuals.

Thanking you for your attention to this matter, I am

Respectfully yours,

Joseph M. LaTona

JLT/slw
Enclosures

cc:     Anthony J. Bruce, AUSA
          David Ball, USPO
          Michael P. Stuermer, Esq.
          Michael Geiger

Honorable William M. Skretny,

Hello, my name is Patricia Geiger, I am Michael's mother. He is my youngest son; he has an older brother, Harold Geiger Jr. and 2 older sisters, Michele Breier and Deborah Geiger. My son has many responsibilities to deal with every day, with all of his businesses and his family.

His father, Harold Geiger was in an auto accident where he hit a tree in October 2005, and he almost did not make it. He was in Intensive Care 2 different times regarding this accident. My son was there to help me out with everything that was going on with his father and he was there to help me with all of the businesses. He took over 6 of our stations at that time because I /we needed the help, and he also had to take care of his everyday work load. He is always there for his father and me; we never need to ask him.

We are getting older and any day could bring problems with our health and we need him here to make it and to help us. My son is such a caring, trustworthy, responsible person, there are so many people (Family, Friends, and Employees) that depend on him and need him here.

Sincerely,

Patricia Geiger

Honorable William M. Skretny,

Hello, I am Lisa M. Geiger, Michael's wife. He is the father of our 5 children: Marissa 11, Michael 10, McKenna 8, Maren 6 and Mailey 4. I have enclosed a picture of our children. We have been married for 13 years and I have known him for 20 years. We are very blessed to have 5 healthy, intelligent and caring children.

Our children participate in soccer, hockey, baseball, football, piano lessons, violin lessons, dance, and ballet. We are constantly on the go! When Michael comes home from work, he is always picking someone up at 7 or 8 pm. Weekends are crazy for us, from 7:00 am to 7:00 pm every Saturday and Sunday. He helps our children with all of their homework, and if somebody misses the bus he drives them to school. He is teaching our children to ride their bikes and is helping them with all their sports, helping with everything! He helps with all the housework and maintains the outside of our home as well. He works numerous jobs so that I can care for our children and so we can give our children a wonderful life. He is such a great father and such great, caring, man.

He is a very busy person; he has many responsibilities with all of his businesses that he takes care of, and everything that he does for us and our entire family. He has operated Qual-Econ Leasing for 20+ years all by himself. He has numerous properties and vehicles.

He also plays sports; he sponsors his hockey team and softball teams. His cell phone is constantly ringing with all of his friends calling (He is very popular with all of his friends)

I don't know how he does all the things he does on a daily basis! Our 5 children need him in their lives, he is so important to them and they depend on him. And I need him, for all of his help and for his love and support that he has always given me and his family, and also for all the wonderful things he does. He is such a remarkable man; he is hardworking, respectful, caring and a wonderful husband and a wonderful father!

Sincerely,

Lisa M. Geiger